**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 31 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELVIN L. TAYLOR, Sr., <br><br> Petitioner - Appellant, <br><br> v. <br><br> MATT KRAMMER, <br><br> Respondent - Appellee. | No. 07-16880 <br><br> D.C. No. CV-06-02731-WHA <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

The Clerk shall file the opening brief, which was received on September 17, 2008. The answering brief is due December 5, 2008; and the optional reply brief is due within 14 days after service of the answering brief.

HS/MOATT